UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number:06-22577-CIV-MARTINEZ-DUBÉ

ALEJANDRO PEREZ
S.S.N. 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,
    Plaintiff,

vs.

JO ANNE B. BARNHART, Commissioner of
Social Security,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Robert L. Dubé, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Petition for Attorney's Fees. Magistrate Judge Dubé filed a Report and Recommendation **(D.E. No. 28)**, recommending that the Court grant Plaintiff's Petition. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Dubé's Report and Recommendation **(D.E. No. 28)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

Plaintiff's Petition for Attorney's Fees (D.E. No. 23) is **GRANTED**. Plaintiff shall recover from Defendant the sum of $1872.24 in attorney's fees.

DONE AND ORDERED in Chambers at Miami, Florida, this 11 day of September, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge
All Counsel of Record